**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IRINA ISAKOVA, on behalf of herself and others similarly situated, | x : : : **Civil Action No. 1:19-cv-05221-KAM-SMG** |
| Plaintiff, | : : |
| v. | : **PLAINTIFF'S NOTICE OF UNOPPOSED** : **MOTION FOR PRELIMINARY** : **APPROVAL OF CLASS ACTION** |
| KLEIN, DADAY, ARETOS & O'DONOGHUE LLC, | : **SETTLEMENT** : : |
| Defendant. | : : x |

PLEASE TAKE NOTICE that, upon the annexed memorandum of law and related exhibits in support of this motion, Irina Isakova will move this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order preliminarily approving the parties' proposed class settlement, certifying the proposed class for settlement purposes only, appointing her as class representative, appointing her counsel as class counsel, and directing notice to the class in the manner prescribed by the parties' agreement. The proposed settlement class is defined as follows:

> All persons (a) with an address in the United States, (b) to whom Klein, Daday, Aretos & O'Donoghue LLC mailed an initial debt collection communication not known to be returned as undeliverable, (c) in connection with the collection of a consumer debt, (d) between September 12, 2018 and September 12, 2019, (e) which stated: "Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days of receipt of this letter, the debt will be assumed to be valid."

DATED:  July 27, 2020                                    Respectfully submitted,

*/s/ Jesse S. Johnson*
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
Tel: (561) 826-5477
jjohnson@gdrlawfirm.com

Brittany Weiner
Imbesi Law Group P.C.
1501 Broadway, Suite 1915
New York, NY 10036
Tel: (646) 767-2271
Fax: (212) 658-9177
brittany@lawicm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I filed a copy of the foregoing with the Court using the Clerk of Court's CM/ECF system, which will provide electronic notification to all counsel of record.

*/s/ Jesse S. Johnson*
Jesse S. Johnson