**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IRINA ISAKOVA, on behalf of herself and others similarly situated, | Civil Action No. 1:19-cv-05221-KAM-SJB |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| KLEIN, DADAY, ARETOS & O'DONOGHUE LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the annexed memorandum of law and related exhibits in support of this motion, Irina Isakova will move this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order confirming certification of the settlement class and finally approving the parties' proposed class settlement.

DATED:  April 19, 2021                                 Respectfully submitted,

*/s/ Jesse S. Johnson*
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
Tel: (561) 826-5477
jjohnson@gdrlawfirm.com

Brittany Weiner
Imbesi Law Group P.C.
1501 Broadway, Suite 1915
New York, NY 10036
Tel: (646) 767-2271
Fax: (212) 658-9177
brittany@lawicm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I filed a copy of the foregoing with the Court using the Clerk of Court's CM/ECF system, which will provide electronic notification to all counsel of record.

*/s/ Jesse S. Johnson*
Jesse S. Johnson